<partyblock>

Midland Funding LLC, Plaintiff-Respondent,  

against

Maura Hernandez, Defendant-Appellant.

Defendant appeals from (1) an order of the Civil Court of the City of New York, New York County (Carolyn Walker-Diallo, J.), entered September 12, 2018, which denied defendant's motion to vacate a default judgement and dismiss the action; and (2) an order (same court and Judge), dated December 20, 2018, which, in effect, granted defendant's motion for reargument and, upon reargument, adhered to the prior determination.

Per Curiam.

Order (Carolyn Walker-Diallo, J.), entered September 12, 2018, modified to grant defendant's motion to the extent of setting the matter down for a traverse hearing; as modified, order affirmed, without costs. Appeal from order (Carolyn Walker-Diallo, J.), dated December 20, 2018, dismissed, without costs, as academic.

The affidavit of plaintiff's process server, describing the personal service of the summons and complaint upon defendant, constituted prima facie evidence of proper service (see NYCTL 2012
1 Trust & Bank of NY v Rabinowitz, 7 AD3d 459, 460 [2004]).

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

I concur I concur I concur

Decision Date: June 24, 2019

<form method="LINK" action="../../slipidx/at_1_idxtable.shtml">

<input type="submit" value="Return to Decision List">

</form>

</partyblock>